# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LARSEN,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, THOMAS TOWNSEND, MICHAEL REX, KENNETH CROCKER AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>    *Defendants.* | Case No.: CV12-04392BRO - AJWx<br>*[Assigned to Hon. Beverly Reid O'Connell*<br>*(Complaint Filed: 05-21-12)*<br><br><br>**JUDGMENT IN FAVOR OF CITY DEFENDANTS AFTER TRIAL BY JURY** |

  This action came on regularly for trial on October 20, 2015, in Courtroom "14" of the United States District Court for the Central District of California before the Honorable Beverly Reid O'Connell, Trial Judge. Plaintiff, Daniel Larsen was represented by Arnoldo Casillas, Esq. and Terry Goldberg, Esq. The Defendants, CITY OF LOS ANGELES, THOMAS TOWNSEND and MICHAEL REX were represented by Deputy City Attorney Denise C. Zimmerman.

  A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into

///

evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues if, after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

**JURY VERDICT**

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**QUESTION NO. 1:**  Did Plaintiff Daniel Larsen prove, by a preponderance of the evidence, that either of the following Defendants maliciously prosecuted him or caused the malicious prosecution of him?

|  | THOMAS TOWNSEND | YES_____ | NO _✖_ |
|--|--|--|--|
|  | MICHAEL REX | YES_____ | NO _✖_ |

If you answered "No" to both questions, please sign and date the form and notify the bailiff. If you answered "Yes" to either one of the questions, please proceed to the next question.

**QUESTION NO. 2:**  Did Plaintiff Daniel Larsen prove that any of the following Defendants' conduct was malicious, oppressive or in reckless disregard of his constitutional rights?

|  | THOMAS TOWNSEND | YES_____ | NO _✖_ |
|--|--|--|--|
|  | MICHAEL REX | YES_____ | NO _✖_ |

Please sign, date and return this special verdict form.

Dated: 10/22/2015        Signed: /X/ _____
                                                          Presiding Juror

# JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff, Daniel Larsen, take nothing; that the action be dismissed on the merits; and that the Defendants recover of the Plaintiff its costs of action, taxed in the sum to be determined upon the filing and approval of an appropriate application.

Dated: November 9, 2015    _____

**HONORABLE BEVERLY REID O'CONNELL**
UNITED STATES DISTRICT JUDGE